IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. HARRIS,

    Plaintiff,

v.

                              Case No. 17-cv-570-jdp

CAPTAIN TRITT, JOSHUA MASON,
JIMMY MITCHIE, JAMES WEDDIG AND
BRIAN FOSTER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Brandon D. Harris' claims against Captain Tritt, Brian Foster, Jimmy Mutchie and James Weddig;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Joshua Mason in accordance with the jury's verdict.

Approved as to form this 19TH day of April, 2019.

_____
James D. Peterson
District Judge

_____           4/19/19
Peter Oppeneer, Clerk of Court       Date